# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00847-CV

**In re Edward Sanchez**

## ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

We deny the petition for writ of mandamus filed by Edward Sanchez. We also deny his request for temporary relief. *See* Tex. R. App. P. 52.8(a), 52.10.

Jeff Rose, Justice

Before Justices Puryear, Rose, and Goodwin

Filed:   January 3, 2014